James Frank MELKA, Appellant,

v.

Charles HAUGH, Appellee.

No. 55637.

Supreme Court of Iowa.

March 28, 1973.

Daryl E. Roberts, Independence, for appellant.

Richard C. Turner, Atty. Gen., Fred M. Haskins, Asst. Atty. Gen., Kenneth Martinson, County Atty., Independence, for appellee.

Submitted to MOORE, C. J., and RAWLINGS, REES, REYNOLDSON and McCORMICK, JJ.

PER CURIAM:

Affirmed, see rule 348.1, Rules of Civil Procedure.